```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA                CR-02-0725 (CPS)

        - against -                     ORDER

FRANCISCO APONTE,
                    Defendant.

------------------------------------X
```

The Clerk of the Court is hereby directed to treat the annexed letter from defendant dated May 5, 2005 as a notice of appeal and to transmit the letter to the Court of Appeals for appointment of counsel, if appropriate.

The Clerk is directed to mail a copy of the within to all parties.

SO ORDERED.

Dated :  Brooklyn, New York
         May 24, 2005

                                    _____
                                    United States District Judge

5/5/05

Honorable,

MAY 11 2005

Charles P. Sifton

The reason I am writing to you is because I need a court apoint lawyer for my apeal

thank you

Francisco Aponte

# 44687-053
02 Cr. 725 (CPS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y
★ MAY 10 2005 ★
BROOKLYN OFFICE