# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 22, 2011

**Via Facsimile, Hand and ECF**
The Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>U.S. v. Francisco Aponte 02-CR-725 (CBA)</u>

Your Honor:

    I write on behalf of the defendant, and with the consent of the government to request that the Court grant a one-week extension of time to file defendant's reply to the government's response to defendant's motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense. If acceptable, defendant's reply will be filed on or before December 29, 2011. I thank the Court in advance for its consideration in this matter.

Respectfully submitted,

Michelle A. Gelernt
Staff Attorney
(718) 330-1204

cc:    AUSA Robert Polemeni
       Clerk of Court (ECF)
       Mr. Francisco Aponte