July 8, 2012

FRANCISCO APONTE
#46687-053
MVCC, UNIT C-2
555 I GEO DRIVE
PHILLIPSBURG, PA 16866

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 13 2012 ★

BROOKLYN OFFICE

THE HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

RE:     **UNITED STATES V FRANCISCO APONTE**
          **CASE NO. 02-Cr-725 (CBA)**

Dear Honorable C.B. Amon;

I am a Layman of the Law who depends on other inmates for assistance, thus, respectfully plead that you construe this letter liberally in dealing with my request.

Your Honor, after the Court appointed Attorney Michelle Gelernt to represent me in my bid for re-Sentencing Act, he subsequently submitted a response on December 22, 2011, affirmly objecting to the Government's argument that the Court does not have the discretion to reduce my Sentence. However, after this submission, I have on several occassions tried to contact my attorney, regarding the status of my Case which have been pending now for more than Seven Months without no decision, but unfortunately, he has not responded to my inquires nor accepted my phone calls, hence this letter.

In addition your Honor, the **Supreme Court had just came out with a decision in** <u>DORSEY V UNITED STATES,</u> which basically stated that Congress intended the more lenient Sentences it created for Crack Cocaine offenders to begin immediately, even for those like myself, who committed his crime before the **fair Sentencing Act was signed into Law.** Therefore, this new Law by the Supreme Court put to rest the Government's assertion that this Court does not have discretion to reduce my Sentence.

In light of the foregoing, I respectfully urge your Honor to reduce my Sentence in light of this latest ruling by the Supreme Court. Such a reduction will automatically lead to my immediate release from Prison.

Thanking you Sir, in anticipation of a speedy response.

RESPECTFULLY SUBMITTED

*[signature]*
FRANCISCO APONTE

*Francisco Aponte*
*CASE NO. 02-cr-00725-*
*(CBA)*

2

FRANCISCO APONTE
#46687-053
MVCC, UNIT C-2
555 I GEO DRIVE
PHILLIPSBURG, PA 16866



THE HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201